IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLSBAD HEIGHTS STREET TRUST,
Appellant,
vs.
NATIONSTAR MORTGAGE, LLC.,
Respondent.

No. 65501

FILED

JAN 07 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

The parties to this appeal have filed a motion to dismiss this appeal and remand the matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The parties' motion is accompanied by an order of the district court certifying that upon remand it will "vacate its order granting Nationstar's motion to dismiss . . . and allow the litigation to continue consistent with the holdings in the recent *SFR* opinion."

Cause appearing, we grant the parties' motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

15-00738

order declining to grant the requested relief. The parties' request to stay the briefing schedule in this matter is denied as moot.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Valorie J. Vega, District Judge
       Law Offices of Michael F. Bohn, Ltd.
       Akerman LLP/Las Vegas
       Eighth District Court Clerk